EXHIBIT A

**Morgan & Morgan Philadelphia, PLLC**
2005 Market Street
Suite 350
Philadelphia, PA 19103
(267) 780-2978 (PHONE)
(267) 780-2913 (FAX)
www.forthepeople.com

**Hannah J. Molitoris, Esquire**
ID# 322436
hmolitoris@forthepeople.com

Filed and Attested by the Office of Judicial Records 26 AUG 2025 04:09 pm B. BALILONIS

| | |
|---|---|
| **KA PAEK**<br>**3135 Richmond Street**<br>**Philadelphia, PA 19134**<br>**Plaintiff,**<br>**v.**<br><br>**LYFT, INC**<br>**185 Berry Street, Suite 5000**<br>**San Francisco, CA 94107**<br><br>**JOHN DOE**<br>**Defendants.** | **IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**<br><br>**CIVIL ACTION – LAW**<br>**JURY TRIAL DEMANDED**<br><br>**NO.** |

# NOTICE

## NOTICE TO DEFEND AND CLAIM RIGHTS

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take prompt action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by an attorney and filing a writing with the Court of your defenses objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in this Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

**YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.**

***You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.***

Philadelphia Bar Association
Lawyer Referral and Information Service
One Reading Center Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

## AVISO

a usted se le ha demandado en la corte. Si usted quiere defenderse contra la demanda expuesta en las siguientes páginas, tiene que tomar acción en un plazo de viente (20) dís después que reciba esta demanda y aviso, por presentar una notificación de comparecencia escrita personalmente o por un abogada y radicar por escrito en la Corte sus defensas u objeciones a las demandas presentadas en su contra. Se le advierte que si falla en hacerlo, el caso podría seguir adelante sin usted y un fallo podría ser dictado en su contra por la Corte sin previo aviso por cualquier dinero reclamado en la demanda o por cualquier otro reclamo o desagravio pedido por el/la demandante. Puede que usted perida dinero o propiedad u otros derechos importantes para usted.

USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO, DIRÍJASE O LLAME, POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ABAJO. ESTA OFICINA PUEDE PROVEERLE CON INFORMACIÓN SOBRE COMO CONTRATAR UN ABOGADO. SI NO TIENE LOS FONDOS SUFICIENTES PARA CONTRATAR UN ABOGADO, ESTA OFICINA PODRÍA PROPORCIONARLE INFORMACIÓN ACERCA DE AGENCIAS QUE PUEDAN OFRECERLES SERVICIOS LEGALES A PERSONAS QUE REÚNAN LOS REQUQUISTITOS A UN HONORARIO REDUCIDO O GRATIS.

*Lleve esta demanda a un abogado inmediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por sociaci a la oficina cuya sociació se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociación De Licenciados De Filadelfia
Servicio De Referencia E, Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

**Morgan & Morgan Philadelphia, PLLC**
2005 Market Street
Suite 350
Philadelphia, PA 19103
(267) 780-2978 (PHONE)
(267) 780-2913 (FAX)
www.forthepeople.com

**Hannah J. Molitoris, Esquire**
ID# 322436
hmolitoris@forthepeople.com

| | |
|---|---|
| **KA PAEK**<br>**3135 Richmond Street**<br>**Philadelphia, PA 19134**<br>**Plaintiff,**<br>**v.**<br><br>**LYFT, INC**<br>**185 Berry Street, Suite 5000**<br>**San Francisco, CA 94107**<br><br>**JOHN DOE**<br>**Defendants.** | **IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**<br><br>**CIVIL ACTION – LAW**<br>**JURY TRIAL DEMANDED**<br><br>**NO.** |

## COMPLAINT

AND NOW COMES the Plaintiff, Ka Paek, by and through his counsel, Morgan & Morgan Philadelphia, PLLC, and hereby complains against the above-named Defendants, and in support thereof avers as follows:

## PARTIES

1. The Plaintiff, Ka Paek (hereinafter the "Plaintiff"), is an adult individual who resides at 3135 Richmond Street, Philadelphia, PA 19134.
2. Defendant Lyft, Inc (hereinafter "Lyft") is a corporation with its headquarters and principal place of business located at 185 Berry Street, Suite 5000, San Francisco, CA 94107.
3. Defendant, John Doe, is an adult individual whose identity and residency are currently unknown.
4. Plaintiff has made a reasonable, good-faith effort has been made to identify the John Doe defendant.



Case ID: 250803191

5. At all times relevant hereto, Defendant John Doe was the agent, servant, workman and/or employee of Lyft and was acting in the course and scope of his employment.
6. At all times relevant hereto, the Plaintiff was a passenger in the vehicle operated by Defendant John Doe.
7. At all times relevant hereto, Defendant John Doe was the operator of a Toyota Camry with New Jersey license plate number T29-UDU.

## PARTIES

8. Plaintiff incorporates paragraphs one (1) through seven (7) of his Complaint as though the same was set forth at length herein.
9. This Honorable Court possesses jurisdiction over the parties as well as the claims set forth herein.
10. Venue is appropriate in this Honorable Court as the crash mentioned in more detail below occurred in Philadelphia County, Pennsylvania

## FACTUAL BACKGROUND

11. Plaintiff incorporates paragraphs one (1) through ten (10) of his Complaint as though the same was set forth at length herein.
12. Defendant Lyft allows customers to enter a destination and pickup location into its smartphone application (hereinafter "Lyft app").
13. One of Lyft's employees then accepts the ride, meets the passenger at the location, and takes the passenger to their destination.
14. All of this information is stored in the app.
15. The app also provides GPS to guide the driver from the pickup location to the final destination.

16. On the afternoon of March 16, 2024, the Plaintiff requested a Lyft for himself.
17. The ride was accepted by Defendant John Doe who was to drive Plaintiff to his final destination.
18. Plaintiff was a backseat passenger in Defendant John Doe's vehicle, which he was operating in his capacity as a Lyft driver.
19. At approximately 12:30 p.m., Defendant John Doe ran a stop sign at the intersection of Clearfield Street and Cedar Street, while Plaintiff was a passenger in the Toyota Camry, which was being operated by Defendant John Doe in his capacity as a Lyft driver.
20. Defendant John Doe's vehicle subsequently struck another vehicle in at T-bone fashion.
21. Defendant John Doe made no effort to ascertain whether Plaintiff was injured, and dropped Plaintiff off at Plaintiff's destination without bringing Plaintiff to the hospital, contacting medical personnel, or attempting to bring Plaintiff to the hospital.
22. As a direct and proximate result of the negligence and/or carelessness of the Defendants, the Plaintiff sustained the following injuries:
    a. Cervical disc herniations;
    b. Thoracic injury;
    c. Lumbar injury;
    d. Shoulder injury;
    e. Tension headaches;
    f. Cervical radiculopathy.
23. Plaintiff also makes a claim for damages and injuries of which he has no present knowledge.

24. As a result of the aforesaid injuries, the Plaintiff sustained physical pain and suffering, all of which have required or will require medical care and treatment.
25. The Plaintiff continues to require treatment for the aforesaid injuries.
26. All of the aforementioned treatment for the Plaintiff's injuries has been deemed reasonable and necessary.
27. As a result of the aforesaid injuries, the Plaintiff sustained a loss of the everyday pleasures and enjoyments of life and may continue to suffer the same for an indefinite period into the future.
28. As a result of the aforesaid injuries, the Plaintiff suffered embarrassment and humiliation and may continue to suffer the same for an indefinite period into the future.
29. As a result of the aforesaid injuries, the Plaintiff has been obligated to expend various sums of money and incur various expenses for medical treatment and may be obligated to do so into the future.
30. At all relevant times hereto, the Plaintiff acted in a safe, prudent and reasonable manner and in no way contributed to his injuries or damages.

**COUNT I**
**NEGLIGENCE**
**KA PAEK v. JOHN DOE**

31. Plaintiff incorporates, by reference, all preceding paragraphs as if set forth herein at length.
32. The aforementioned motor vehicle accident was caused by the negligence and carelessness of Defendant John Doe.
33. The negligence and carelessness of Defendant John Doe includes, but is not limited to:
    a. Failing to obey traffic control signs;
    b. Driving too fast for conditions present;



Case ID: 250803191

c. Driving while distracted;

d. Failing to have the motor vehicle under proper and adequate control at the time of the accident;

e. Failing to keep a proper lookout;

f. Operating a motor vehicle in a negligent manner;

g. Operating a motor vehicle in a careless manner;

h. Failing to timely apply his brakes;

i. Failing to take proper evasive maneuvers;

j. Failing to take reasonable steps and to exercise due and reasonable care and caution under the circumstances to avoid running through stop signs and subsequently, injuring Plaintiff;

k. Failing to use other safety devices;

l. Failing to maintain said motor vehicle in a reasonably safe condition; and

m. Failing to remain alert.

34. As a direct and proximate result of defendant John Doe's negligence and carelessness, Plaintiff suffered serious and permanent personal injuries.

35. As a direct and proximate result of defendant John Doe's negligence and carelessness, Plaintiff suffered embarrassment, humiliation, disfigurement, pain, and suffering, all of which have prevented him from attending and performing his usual daily duties, activities, and recreational and social pursuits.

36. As a further result of this incident, Plaintiff has suffered in the past the loss of wage-related income and benefits and will continue to suffer in the future the loss of wages and impairment of his earning capacity and power.

37. As a result of this incident, Plaintiff may hereinafter incur other financial losses or expenses.

**WHEREFORE**, the Plaintiff, Ka Paek, hereby seeks all damages allowed under the laws of the Commonwealth of Pennsylvania from Defendant John Doe in an amount greater than $50,000.00, under the applicable statutes of the Commonwealth of Pennsylvania and the Local Rules of Court.

**COUNT II**
**NEGLIGENCE**
**KA PAEK v. LYFT, INC, as being vicariously liable for JOHN DOE**

38. Plaintiff incorporates, by reference, all preceding paragraphs as if set forth herein at length.
39. The aforementioned motor vehicle accident was caused by the negligence and carelessness of Defendant Lyft, Inc.
40. The negligence and carelessness of Defendant Lyft, as being vicariously liable for defendant John Doe includes, but is not limited to:
    a. Failing to obey traffic control signs;
    b. Driving too fast for conditions present;
    c. Driving while distracted;
    d. Failing to have the motor vehicle under proper and adequate control at the time of the accident;
    e. Failing to keep a proper lookout;
    f. Operating a motor vehicle in a negligent manner;
    g. Operating a motor vehicle in a careless manner;
    h. Failing to timely apply his brakes;
    i. Failing to take proper evasive maneuvers;

j. Failing to take reasonable steps and to exercise due and reasonable care and caution under the circumstances to avoid running through stop signs and subsequently, injuring Plaintiff;

k. Failing to use other safety devices;

l. Failing to maintain said motor vehicle in a reasonably safe condition; and

m. Failing to remain alert.

41. As a direct and proximate result of defendant Lyft's negligence and carelessness, Plaintiff suffered serious and permanent personal injuries.

42. As a direct and proximate result of defendant Lyft's negligence and carelessness, Plaintiff suffered embarrassment, humiliation, disfigurement, pain, and suffering, all of which have prevented him from attending and performing his usual daily duties, activities, and recreational and social pursuits.

43. As a further result of this incident, Plaintiff has suffered in the past the loss of wage-related income and benefits and will continue to suffer in the future the loss of wages and impairment of his earning capacity and power.

44. As a result of this incident, Plaintiff may hereinafter incur other financial losses or expenses.

**WHEREFORE**, the Plaintiff, Ka Paek, hereby seeks all damages allowed under the laws of the Commonwealth of Pennsylvania from Defendant Lyft, Inc. in an amount greater than $50,000.00, under the applicable statutes of the Commonwealth of Pennsylvania and the Local Rules of Court.

Respectfully submitted,

MORGAN & MORGAN PHILADELPHIA, PLLC

BY: ______________________
Hannah J. Molitoris, ESQUIRE
*Counsel for the Plaintiff*

Date: **August 22, 2025**

# VERIFICATION

I, Ka Paek, hereby state that I am the Plaintiff in the within action and that the facts set forth in this complaint is true and correct to the best of my knowledge, information, and belief. To the extent that the language contained in the responses is that of counsel, Plaintiff has relied upon counsel in executing this verification.

I understand that the statements in this Verification are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Signature: Ka Paek ______________________ Date: 8/26/2025 | 4:00 PM EDT